Theodor Riege, Respondent, *v.* Railway Express Agency, Inc., Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*James V. Lione* for motion.
*William B. Butler* and *Walter Higgins* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.